Dated: 9/11/2018

Marian F. Harrison
US Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 3:16-bk-02034 |
| | ) | |
| DEBORAH F. CHANTARUMPORN | ) | Chapter 11 |
| | ) | |
| | ) | |
| DEBTOR. | ) | Judge Marian F. Harrison |

**AGREED ORDER REGARDING DEBTOR'S MOTION TO ALTER, AMEND, RECONSIDER OR SET ASIDE ORDER CONVERTING CASE.**

In resolution of the Debtor's Motion to Alter, Amend, Reconsider or Set Aside Order Converting Case [Dkt. 165], ("Motion"), and as evidenced by the signatures of counsel below, Deborah F. Chantarumporn ("Debtor") and the Acting U.S. Trustee have agreed to the entry of this Order on the following terms:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. The Order of Conversion of Case to Chapter 7 entered on August 2, 2018 [Dkt. 154], shall be set aside upon entry of this Agreed Order.

2. Debtor shall confirm a chapter 11 plan of reorganization by no later than December 3, 2018.

3. From the date of entry of this Order, until the entry of a final decree, Debtor shall timely pay all quarterly fees due pursuant to 28 U.S.C. § 1930(a)(6); and

4. From the date of entry of this Order, until the entry of a final decree, Debtor shall timely file all operating reports with the Court on or before the due date for each report as set forth in the local rules of Court.

5. Debtor's failure to comply with any provisions in this agreed order shall entitle the U.S. Trustee to file a Notice of Noncompliance and an Order of Dismissal, which shall automatically dismiss the case without further notice or hearing by the Court pursuant to 11 U.S.C. § 1112(b).

6. Dismissal pursuant to the terms of paragraph 5 shall be with prejudice such that Debtor shall be barred from filing a petition under Title 11 of the U.S. Bankruptcy Code for a period of one (1) year from the date of entry of the Order dismissing the case.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE**

AGREED and SUBMITTED FOR ENTRY:

PAUL A. RANDOLPH,
ACTING UNITED STATES TRUSTEE, REGION 8

/s/ Natalie M. Cox
Natalie M. Cox, Esq. (NV #7662)
Office of US Trustee
701 Broadway, Suite 318
Nashville, TN 37203
Phone: (615) 736-2254
Fax: (615) 736-2260
Email: natalie.cox@usdoj.gov

ATTORNEY FOR DEBTOR-IN-POSSESSION

/s/ Paul E. Jennings
Paul E. Jennings Law Offices, P.C.
805 South Church Street, Suite 3
Murfreesboro, TN 37130
Phone: (615) 895 -7200
Fax: (615) 895 - 7294
Email: pauljennings@bellsouth.net

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.