IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No.: 16-bk-02034 |
| Deborah F. Chantarumporn, | ) | |
| | ) | Chapter 11 |
| DEBTOR. | ) | Judge Marian F. Harrison |

**NOTICE OF NONCOMPLIANCE**

The Acting U.S. Trustee, Region 8, files this Notice of Noncompliance and submits his Order of Conversion. The Order Granting Final Continuance of Confirmation Hearing entered on December 20, 2018 [D.E. 192] (the "Order") required Debtor Deborah F. Chantarumporn ("Debtor") to among other things, confirm a chapter 11 plan of reorganization by no later than January 22, 2019, and to stay current on all quarterly fees due pursuant to 28 U.S.C. § 1930(a)(6). The Order provides that if Debtor fails to comply with the provisions of the Order, the U.S. Trustee is entitled to file a Notice of Noncompliance and an Order of Conversion, which shall automatically convert Debtor's case to a case under Chapter 7 of the bankruptcy code without further application or consideration by the Court.

Debtor has failed to comply with the provisions specified in the Order by failing to confirm a chapter 11 plan of reorganization by no later than January 22, 2019, and by failing to stay current on payment of quarterly fees due pursuant to 28 U.S.C. § 1930(a)(6). *See* Order Denying Confirmation of Second Amended Chapter 11 Plan of Reorganization [Dkt. 205] entered on February 5, 2019.

Respectfully submitted,

PAUL A. RANDOLPH
ACTING UNITED STATES TRUSTEE, REGION 8
   /s/ Natalie Cox
NATALIE COX, ESQ. (NV #7662)
Trial Attorney, Office of the United States Trustee
701 Broadway, Suite 318, Nashville, TN 37203
Phone: (615) 736-2254/Fax: (615) 736-2260
natalie.cox@usdoj.gov